UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Aaron Gant

          Plaintiff(s),          Case No.  19-cv-12533

v.                                     Honorable  Bernard A. Friedman

Ford Motor Company          Magistrate Judge  R. Steven Whalen

          Defendant(s).
                                           /

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No.  19-10583  . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Sean F. Cox  and Magistrate Judge  David R. Grand  .

s/Bernard A. Friedman
Bernard A. Friedman
United States District Judge

s/Sean F. Cox
Sean F. Cox
United States District Judge

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type:  CIVIL

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date:  September 6, 2019                   s/N. Ahmed
                                                          Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Sean F. Cox