# PLAINTIFFS' INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT

| Exhibit | Description |
| --- | --- |
| A. | Presentation: *General Motors Hydra-Matic & Ford New FWD Six-Speed Automatic Transmission Family*; Charles Lewis, General Motors Powertrain; Bryce Bollwahn, Ford Motor Company; SAE 2007 World Congress, Detroit, Michigan; April 16-19, 2007 |
| B. | Article: *New Fuel-Saving 6-Speed Transaxle To Propel Ford Edge To Head Of Crossover Utility Class*; Ford Motor Company; November 9, 2005 |
| C. | Article: *Ford Begins Production of New Mid-Range Six Speed Automatic*; Auto Blog; Sam Abuelsamid; May 8, 2008 |
| D. | Press Release: *Ford's New 6-Speed Automatic Transmission Offers 4-6 Percent Fuel Economy Improvement*; Ford Motor Company; May 7, 2008 |
| E. | Article: *Ford Says Homegrown CVT Key to Speed, Fuel Economy of New Hybrids*; Ward's Auto; Aug. 17, 2012 |
| F. | Article: *Ford Celebrates Production of First North American FWD Hybrid Transmission*, Torque News: Don Bain; Aug. 2, 2012 |
| G. | 2010 Fusion Marketing Brochure |
| H. | 2010 Fusion Tech Info |
| I. | 2011 Fusion Marketing Brochure |
| J. | 2011 Fusion Tech Info |
| K. | 2011 Fleet Guide |
| L. | 2012 Fusion Marketing Brochure |
| M. | 2012 Fusion Tech Info |
| N. | 2013 Fusion Marketing Brochure |

i

O.   2014 Fusion Marketing Brochure

P.   2015 Fusion Marketing Brochure

Q.   2016 Fusion Marketing Brochure

R.   2017 Fusion Marketing Brochure

S.   Index of 423 Consumer Complaints to NHTSA re Fusion's 6F35 Transmission

T.   Index of 150 Consumer Complaints to NHTSA re Fusion's CVT

U.   Technical Service Bulletins (TSB) Regarding Fusion Transmissions

V.   Article: *Ford knew Focus, Fiesta models had flawed transmission, sold them anyway*; Detroit Free Press, Sept. 10, 2019

W.   Article: *Ford recalls 270,000 Fusion cars to fix glitch that can cause vehicles to shift gears and roll away*; CNBC, May 15, 2019

X.   Article: *Feds Investigate Whether Ford Should Recall A Million Sedans Over Break Failures*; Forbes, Apr. 24, 2019

Y.   NHTSA ODI Resume

Z.   Article: *Ford Recalls Fusion and Lincoln MKZ Vehicles,* carcomplaints.com, Nov. 5, 2018

AA.   Article: *Ford Expands Takata Airbag Recalls By 953,000 Vehicles*; carcomplaints.com, Jan. 4, 2019

BB.   Article: *Loose steering wheels trigger Ford recall of 1.4M Fusion, Lincoln MKZ cars*; USA Today, Mar. 14, 2018

CC.   Summary: *Ford Recall 11S23: Fracture Wheel Studs*; carcomplaints.com, Dec. 7, 2011 [screenshot]

DD.   Article: Ford recalls Edge, Fusion, Lincoln MKZ for transmission gremlins; Road Show, July 11, 2017

EE.   Article: Ford Recalls Edge, Fusion, Lincoln MKX and Lincoln MKZ; carcomplaints.com, Aug. 31, 2019

| | |
|---|---|
| FF. | Customer Satisfaction Program ("CSP") 17B38 |
| GG. | CSP 16B32 |
| HH. | CSP 10B15 |
| II. | CSP 16B38 |
| JJ. | CSP 14B07 |
| KK. | Ford Sales and Service Agreement |