# EXHIBIT CONTINUATION 1:

## EXHIBITS M - Z