UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON GANT, *et al.*, | Case No. 2:19-cv-12533-SFC-DRG |
| Plaintiffs, | |
| | Honorable Sean F. Cox |
| v. | Magistrate Judge David R. Grand |
| FORD MOTOR COMPANY, | |
| Defendant. | |
| _____/ | |

### STIPULATION AND ORDER EXTENDING PARTIES' RESPECTIVE BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO <u>DISMISS THE FIRST AMENDED COMPLAINT [DKT. 20]</u>

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that Plaintiffs' deadline to respond in opposition to Defendant's Motion to Dismiss the First Amended Complaint, [Dkt. 20], ("Motion"), as set forth in L.R. 7.1(e)(1)(B), be extended by 21 days from February 7, 2020, to February 28, 2020. It is further stipulated that Defendant's deadline to reply in further support of its Motion be extended to March 20, 2019. In support of this stipulation, the parties state as follows:

      1.     Defendant's 55-page Motion regarding Plaintiffs' 375-page FAC [Dkt. 12] and its 9 counts pled on behalf of more than 370 Plaintiffs hailing

from almost every state, raises numerous complex issues that require additional time to brief fully.

2. The requested briefing schedule is consistent with other extensions the Court has granted in this case in recognition of its size and complexities. *See* Text-Only Order of Oct. 3, 2019 (granting extension in time and page limits regarding Defendant's original motion to dismiss, as requested in Defendant's Motion for Leave to File Excess Pages [Dkt. 3]); and Stipulated Order of Nov. 6, 2019 [Dkt. 11] (extending deadlines to file and respond to FAC).

3. Given that the Court has set the hearing on the Motion (as well as on Plaintiffs' Motion for Leave to File a Second Amended Complaint [Dkt. 19]) for March 26, 2020, the stipulated briefing schedule above would comply with L.R. 7.1(e)(1)(C), as Defendant's reply would be filed more than three days before the hearing date. Therefore, it would not be necessary to move the hearing date.

This matter having come before the Court on stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' deadline to respond to Defendant's Motion be extended to February 28, 2020;

IT IS FURTHER ORDERED that Defendant's deadline to respond in further support of its Motion be extended until March 20, 2020.

IT IS SO ORDERED.

Dated: February 7, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

STIPULATED AND AGREED:

/s/     *Amy L. Marino*
Amy L. Marino (P76998)
Attorney for Plaintiffs

/s/     *Thomas P. Branigan*
Thomas P. Branigan (P41774)
Attorney for Defendant