**CORRECTED CONTINUED INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [Dkt. 27]**

E.  *In re: FCA US LLC Monostable Electronic Gearshift Litigation* (slip copy)

F.  *In re: FCA US LLC Monostable Electronic Gearshift Litigation* (as-filed)