UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON GANT, *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>      Defendant. | Case No. 2:19-cv-12533-SFC-DRG<br><br>Hon. Sean F. Cox<br><br>Magistrate Judge David R. Grand |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY [DKT. 30] <u>WITHOUT PREJUDICE</u>**

PLEASE TAKE NOTICE that, the parties having reached agreement regarding early discovery, Plaintiffs hereby withdraw their Motion to Compel Defendant to Respond to Discovery [Dkt. 30] without prejudice.

Dated: April 22, 2020           Respectfully submitted,

                                MARINO LAW, PLLC

                                <u>BY: /s/ *Amy L. Marino*      </u>
                                AMY L. MARINO (P76998)
                                18977 W. Ten Mile Road, Ste 100E
                                Southfield, Michigan 48075
                                Tel.: (248) 797-9944
                                Fax.: (313) 281-2206
                                amy@marinopllc.com

        STERN LAW, PLLC
        KENNETH A. STERN (P30722)
        41850 W. Eleven Mile Road, Ste 121
        Novi, Michigan 48375-1857
        Tel.: (248) 347-7315
        ken@sternlawonline.com

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

I certify that on April 22, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record on the ECF Service List.

        /s/ *Amy L. Marino*
        Amy L. Marino (P76998)