UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| AARON GANT, *et al.*, | Case No. 2:19-cv-12533-SFC-DRG |
| Plaintiffs, | Hon. Sean F. Cox<br>Magistrate Judge David R. Grand |
| v. | |
| FORD MOTOR COMPANY, | **EXHIBITS TO JOINT RULE 26(f) REPORT** |
| Defendant. | |

## EXHIBITS TO JOINT RULE 26(f) REPORT

The attached documents were to be submitted as exhibits to the parties' Joint Rule 26(f) Report [ECF 54]. Undersigned counsel regrets the omission.

For the Court's reference, the Proposed Fact Sheet (Exh. A) and Proposed Fraud Questionnaire (Exh. B) were discussed in the Joint Report on pages 10 through 15 and page 19 [ECF 54].

Respectfully submitted,

MARINO LAW PLLC

BY: /s/ *Amy L. Marino*
Amy L. Marino (P76998)
18977 W. Ten Mile Road, Ste 100E
Southfield, Michigan 48075
Tel.: (248) 797-9944
Fax.: (313) 281-2206
amy@marinopllc.com


STERN LAW, PLLC
Kenneth A. Stern (P30722)
41850 W. Eleven Mile Road, Ste 121
Novi, Michigan 48375-1857
Tel.: (248) 347-7315
ken@sternlawonline.com

*Attorneys for Plaintiffs*

Dated: April 23, 2021

## PROOF OF SERVICE

I certify that on April 23, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record on the ECF Service List.

/s/ *Amy L. Marino*
Amy L. Marino (P76998)