UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON GANT, et al., | |
| Plaintiffs, | Case: 2:19-cv-12533 |
| v. | Honorable Sean F. Cox |
| FORD MOTOR COMPANY, | Magistrate Judge David R. Grand |
| Defendant. | |

**SECOND STIPULATED ORDER DISMISSING
CERTAIN BUT NOT ALL PLAINTIFFS WITH PREJUDICE**

The Parties, by their undersigned Counsel, have conducted additional discussions about the dismissal of additional Plaintiffs identified in Plaintiffs' Second Amended Complaint. Through these discussions, the Parties agree and stipulate that the Plaintiffs identified below shall be Dismissed with Prejudice;

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, claims by the following additional Plaintiffs against Defendant Ford Motor Company shall be dismissed with prejudice and without costs to any party:

| Name | Identified in Second Amended Complaint, Paragraph | Vehicle Identification Number |
|---|---|---|
| Jeb Breese | 135 | 1FA6P0HD3F5131258 |
| Tamara Neal & Peggy Pelfrey | 192 | 3FA6P0H93FR261288 |
| Tonya Terrell | 491 | 3FA6P0HR9DR330661 |

This is not a final Order, as it does not dispose of all remaining claims.

Dated: April 13, 2022

s/Sean F. Cox  
Sean F. Cox  
U. S. District Judge

Stipulated as to Form:

/s/ Kenneth A. Stern (w/ permission)  
KENNETH A. STERN (P30722)  
Attorney for Plaintiffs

/s/ Thomas P. Branigan  
THOMAS P. BRANIGAN (P41774)  
Attorney for Ford Motor Company

25544951_3

2