UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AARON GANT,** *et al.*

*Plaintiffs*,

**Case No.** 2:19-cv-12533

v.

Honorable Sean F. Cox
Magistrate Judge David R. Grand

**FORD MOTOR COMPANY, INC.,**

*Defendant.*

## NOTICE OF APPEARANCE OF COUNSEL

NOW COME Plaintiffs and provide Amy L. Wells' notice of appearance in this case. Ms. Wells, an attorney at Wells Law Office, Inc., 201 N. Garland Ct., 2908, Chicago, IL 60601, is admitted to practice in this District and will appear as co-counsel to the undersigned on behalf of the Plaintiffs in this case.

Respectfully submitted,

/s/ *Amy L. Wells*
AMY L. WELLS
WELLS LAW OFFICE, INC.
201 N. Garland Ct., 2908
Chicago, IL 60601
(773) 762-9104
amywells@equaljusticelaw.com

          KENNETH A. STERN (P30722)
STERN LAW, PLLC
41850 W. Eleven Mile Road, Suite 121
Novi, MI 48375-1857
(248) 347-7315
ken@sternlawonline.com

AMY L. MARINO (P76998)
MARINO LAW, PLLC
18977 W. Ten Mile Road, Ste 100E
Southfield, Michigan 48075
Tel.: (248) 797-9944
amy@marinopllc.com

*Counsel for Plaintiffs*

DATED: April 19, 2022

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on April 19, 2022, she filed a copy of the foregoing document using the CM/ECF system, which will send notice of such filing to all attorneys of record.

          /s/ *Amy L. Wells*
Amy L. Wells
amywells@equaljusticelaw.com